IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:18-CV-6-FL

| | |
|---|---|
| SHARON L. BOONE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's failure to correct deficiencies in motion for leave to proceed in forma pauperis, as directed by order of the court entered February 27, 2018. Plaintiff was cautioned that failure to correct deficiencies may result in dismissal of the complaint. Due to plaintiff's failure to correct deficiencies, the instant action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the court's prior order. Accordingly, the clerk is DIRECTED to close this case.

SO ORDERED this the 26th day of March, 2018.

LOUISE W. FLANAGAN
United States District Judge