UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SHARON L. BOONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:18-CV-6-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 26, 2018, that this case is dismissed without prejudice for failure to prosecute and failure to comply with the court's prior order.

**This Judgment Filed and Entered on March 26, 2018, and Copies To:**
Sharon L. Boone (via U.S. Mail at 105 Joe Henry Ln., Gates, NC 27937)


March 26, 2018            PETER A. MOORE, JR., CLERK
                           /s/ Susan W. Tripp
                          (By) Susan W. Tripp, Deputy Clerk